# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Ronnie Jermaine Sherrors

          V.                        **JUDGMENT IN A CIVIL CASE**

A.K. Scribner

                           CASE NUMBER:   05CV1262 IEG (LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court hereby: (1) adopts in full the Report and Recommendation; (2) rejects the respondent's objections; (3) conditionally grants petitioner's petition under 28 U.S.C. 2254; and (4) denies petitioner's motion for clarification as moot. Judgment shall be entered conditionally granting the writ unless the State decides to retry petitioner within a reasonable time.

| November 5, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON November 5, 2007

05CV1262 IEG (LSP)